1
2
3
4
5
6
7                           NOT FOR CITATION

8            IN THE UNITED STATES DISTRICT COURT

9         FOR THE NORTHERN DISTRICT OF CALIFORNIA

10
11  BRUCE P. HANEY,                    )    No. C 09-04938 JW (PR)
                                       )
12              Plaintiff,             )    ORDER OF TRANSFER
                                       )
13      vs.                            )
                                       )
14                                     )
    ROUCH, et al.,                     )
15                                     )
                Defendants.            )
16  _____  )    (Docket No. 2)

17          Plaintiff, a prisoner at Corcoran State Prison in Corcoran, California, has filed a

18  pro se civil rights complaint under 42 U.S.C. § 1983.  A substantial part of the events or

19  omissions giving rise to the claim(s) occurred, and the defendants named reside, in Kings

20  County, which lies within the venue of the Eastern District of California.  See 28 U.S.C. §

21  84(b).   Venue therefore properly lies in the Eastern District.  See id. § 1391(b).

22          Accordingly, IT IS ORDERED that this action be TRANSFERRED to the United

23  States District Court for the Eastern District of California.  See 28 U.S.C. § 1404(a);

24  Habeas L.R. 2254-3(b).  In light of this transfer, this Court will defer to the Eastern

25  District for a ruling on the motion for leave to proceed in forma pauperis.  (Docket No. 2.)

26          The clerk shall transfer this matter and terminate all pending motions as moot.

27  DATED: _____      _____
                  March 1, 2010
28                                      JAMES WARE
                                        United States District Judge

Order of Transfer
P:\PRO-SE\SJ.JW\CR.09\Haney04938_transfer.wpd          1

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


BRUCE P. HANEY,

          Plaintiff,

  v.

ROUCH, et al.,

          Defendants.

_____/

Case Number: CV09-04938 JW

**CERTIFICATE OF SERVICE**


I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on _____3/8/210_____, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Bruce P. Haney T-95973
Corcoran State Prison
4001 King Avenue
P. O. Box 8800
Corcoran, CA 93212


Dated: _____3/8/2010_____

          Richard W. Wieking, Clerk
/s/ By: Elizabeth Garcia, Deputy Clerk